STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    Facsimile: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant

**BD&J**
A Professional Law Corporation
MEGAN E. KLEIN, ESQ. [SBN 276430]
mek@bhatorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone:  (310) 887-1818
Facsimile:  (424) 522-1351

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| VICTOR GENARO MONTERRUBIO GALVAN, | ) | Case No. 4:21-cv-10082-DMR |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION TO EXTEND ADR DEADLINE; ORDER** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

       Plaintiff Victor Genaro Monterrubio Galvan ("Plaintiff") and Defendant United States of America ("Defendant'), by and through their undersigned counsel, submit this stipulation pursuant to Local Civil Rule 6-2 to continue the ADR deadline from October 2022 to December 16, 2022.  This stipulation is based on the following facts:

1. This FTCA action arises from a motor vehicle accident that occurred on January 30, 2020.
2. The Court entered a Case Management and Pretrial Order for Court Trial on May 19, 2022 (Dkt. 24), which set a deadline for the parties to complete mediation by October 2022. The deadline for completion of all non-expert discovery is November 14, 2022 and opening expert disclosures are due by January 9, 2023.
3. A mediator has been assigned to this case (Dkt. 27) and the parties held a joint phone conference with the mediator on June 9, 2022. Mediation was scheduled for September 9, 2022. *See* June 9, 2022 docket entry. The parties have commenced fact discovery, but have conferred and agree that additional discovery would be beneficial to ensure a productive mediation. The parties notified the assigned mediator who provided additional potential dates for mediation in the last week of November and first week of December. The parties are communicating with the assigned mediator to reschedule mediation on one of those available dates.
4. The parties thus stipulate and request that the ADR deadline currently set for October 2022 be extended to December 16, 2022.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: August 26, 2022     By:   */s/ Sapna Mehta*
                                 SAPNA MEHTA
                                 Assistant United States Attorney
                                 Attorney for Defendant


Dated: August 26, 2022           BD&J, PC

                           By:   */s/ Megan Klein*
                                 MEGAN KLEIN
                                 Attorney for Plaintiff

**ATTESTATION**

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: August 26, 2022         By:     /s/ Sapna Mehta
                                       SAPNA MEHTA
                                       Assistant United States Attorney

**ORDER**

Pursuant to the stipulation, and good cause having been shown, it is hereby ORDERED that the ADR deadline set for October 2022 is extended to December 16, 2022.

IT IS SO ORDERED.

DATED: August 29, 2022

_____
THE HON. DONNA M. RYU
United States Magistrate Judge