STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    Facsimile: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant

BD&J
A Professional Law Corporation
MEGAN E. KLEIN, ESQ. [SBN 276430]
mek@bhatorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone:  (310) 887-1818
Facsimile:  (424) 522-1351

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VICTOR GENARO MONTERRUBIO GALVAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 4:21-cv-10082-DMR<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)**<br><br>Date:  December 7, 2022<br>Time: 1:00pm<br>Location:  Zoom Webinar |

    Plaintiff Victor Genaro Monterrubio Galvan ("Plaintiff") and Defendant United States of America ("Defendant'), by and through their undersigned counsel, submit this stipulation pursuant to

Local Civil Rule 6-2 to request a continuance of the case management conference set for December 7, 2022 to January 4, 2023, or another date convenient to the Court.

The Court entered a Case Management and Pretrial Order for Court Trial on May 19, 2022 (Dkt. 24) under which the deadline for completion of all non-expert discovery was November 14, 2022. The parties' opening expert disclosures are due by January 9, 2023. Dkt. 24. The parties are scheduled to participate in mediation on December 5, 2022 in advance of the December 16, 2022 ADR deadline for this case. Dkt. 29. The parties have been conducting discovery, are preparing to participate in mediation, and do not presently have any issues that require judicial intervention.

The parties thus stipulate and request, subject to the Court's approval, that the case management conference currently set for December 7, 2022 be extended to January 4, 2023.

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

Dated: November 30, 2022         By:    /s/ Sapna Mehta
                                         SAPNA MEHTA
                                         Assistant United States Attorney
                                         Attorney for Defendant

Dated: November 30, 2022                BD&J, PC

                                 By:    /s/ Megan Klein
                                         MEGAN KLEIN
                                         Attorney for Plaintiff

## ATTESTATION

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: November 30, 2022         By:    /s/ Sapna Mehta
                                         SAPNA MEHTA
                                         Assistant United States Attorney

**ORDER (AS MODIFIED)**

Pursuant to the stipulation, **IT IS SO ORDERED**. The December 7, 2022 further case management conference is continued to January 4, 2023 at 1:30 pm in Oakland, by Videoconference only. Parties shall file an updated joint case management conference statement by December 28, 2022.

DATED: December 1, 2022



_____
THE HON. DONNA M. RYU
United States Magistrate Judge